IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PURVIS BUSH,

        Petitioner,

v.

SUPERINTENDENT MARILYN BROOKS, et al.,

        Respondents.

Civil Action No. 05-377 Erie

### MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on December 27, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 3], filed on January 4, 2006, recommended that the matter be transferred to the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of January, 2006;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [Doc. No. 1] be transferred to the Eastern District of Pennsylvania.

The Report and Recommendation [Doc. No. 3] of Magistrate Judge Baxter, filed on January 4, 2006, is adopted as the opinion of the Court.

                                s/ Sean J. McLaughlin
                                United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge